STATE v. DeLAY ET, LESSOR-APPELLEES, AND MANES, LESSEE-APPELLANT.

No. 6223. Decided March 1, 1960.

*Per Curiam.* Submitted on motion of lessor-appellees for a reconsideration of the Court's former ruling. The Court has carefully considered the questions raised by movant. We find no determinative questions raised by the motion which were not raised and heretofore decided by this Court.

Motion for reconsideration is hereby overruled. A separate entry may be prepared accordingly.

WISEMAN, P. J., CRAWFORD and KERNS, JJ., concur.